IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-2766-AP

ANDREW M. MORGAN,

        Plaintiff,

  v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

        Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1.     APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

| For Plaintiff: | For Defendant: |
|---|---|
| Christopher R. Alger | John F. Walsh |
| McDIVITT LAW FIRM | United States Attorney |
| 1401 17th Street, Suite 500 | |
| Denver, CO 80202 | James L. Burgess |
| Telephone: (303) 426-4878 | Special Assistant United States Attorney |
| Fax: (303) 996-8569 | Office of the General Counsel |
| Email: calger@mcdivittlaw.com | Social Security Administration-Region VIII |
| | 1961 Stout Street, Suite 4169 |
| | Denver, CO 80294-4003 |
| | Telephone: (303) 844-1856 |
| | Email: james.burgess@ssa.gov |
| | |
| | J. Benedict García |
| | Assistant United States Attorney |
| | 1225 Seventeenth Street, Suite 700 |
| | Denver, CO 80202 |
| | Phone: (303) 454-0100 |
| | Email: J.B.Garcia@usdoj.gov |

**2.     STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.   DATES OF FILING OF RELEVANT PLEADINGS**

    A.   **Date Complaint Was Filed:** October 10, 2013

    B.   **Date Complaint Was Served on U.S. Attorney's Office:** October 29, 2013

    C.   **Date Answer and Administrative Record Were Filed:** January 27, 2013

**4.   STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of their knowledge, the parties state that the record is complete and accurate.

**5.   STATEMENT REGARDING ADDITIONAL EVIDENCE**

To the best of their knowledge, neither party anticipates submitting additional evidence.

**6.   STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe this case raises unusual claims or defenses.

**7.   OTHER MATTERS**

There are no other matters anticipated.  Plaintiff's current claim does not involve any prior judicial proceedings.

**8.   BRIEFING SCHEDULE**

Attorneys for both parties agree to the following proposed briefing schedule:

    A.   **Plaintiff's Opening Brief Due:** March 20, 2014

    B.   **Defendant's Response Brief Due:** April 21, 2014

    C.   **Plaintiff's Reply Brief (If Any) Due:** May 6, 2014

**9.   STATEMENTS REGARDING ORAL ARGUMENT**

      **A.**    **Plaintiff's Statement:**  Plaintiff does not request oral argument.

      **B.**    **Defendant's Statement:**  Defendant does not request oral argument.

**10.**    **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

Not all parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.**    **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

      DATED this 18th day of February, 2014.

      BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

JOHN F. WALSH
UNITED STATES ATTORNEY

s/ Christopher R. Alger
Christopher R. Alger
McDIVITT LAW FIRM
1401 17th Street, Suite 500
Denver, CO 80202
Telephone: (303) 426-4878
Fax: (303) 996-8569
Email: calger@mcdivittlaw.com

*Counsel for Plaintiff*

s/ James L. Burgess
James L. Burgess
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration-Region VIII
1961 Stout Street, Suite 4169
Denver, CO 80294-4003
Telephone: (303) 844-1856
Email: james.burgess@ssa.gov

*Counsel for Defendant*